LENA APFELBAUM, petitioner-respondent,

*v.*

MURRAY APFELBAUM, defendant-appellant.

[Argued February 7th, 1934.   Decided April 12th, 1934.]

*Mr. Israel B. Greene,* for the appellant.

*Mr. Richard J. Fitz Maurice* and *Mr. A. Warren Littman,* for the respondent.

PER CURIAM.

Appellant seeks to be relieved from the payment of alimony under an order dated October 11th, 1933, and an order dated November 9th, 1933, amending the before-mentioned order.

A careful examination of the evidence justifies the order in the sum of $40 per week in favor of the petitioner below.

We think there is no meritorious question which calls for any discussion.

The orders under review will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   15.

*For reversal*—None.